George SCANLON, Appellant, v. STATE OF OHIO et al.

No. 9835.

Circuit Court of Appeals, Sixth Circuit.

April 13, 1945.

Albert G. Muckerheide, of Cincinnati, Ohio (appointed by the court), for appellant.

Hugh S. Jenkins, Atty. Gen., of Ohio, for appellee.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

The appeal of George Scanlon from the denial by the District Court of his petition for a writ of habeas corpus has been duly considered upon the full record and the briefs, and upon the oral argument of counsel appointed by this court to represent Scanlon on this appeal;

And it appearing that the matters presented have been heretofore considered and have been adjudicated adversely to the contentions of appellant in the companion case of Tompsett v. State of Ohio and Henderson, Warden, Ohio State Penitentiary, 146 F.2d 95, decided December 14, 1944, certiorari denied April 2, 1945, 65 S.Ct. 916, the judgment of the District Court is affirmed upon the authority of that case.

■

Katherine D. WINTON, Appellant, v. Arthur D. REYNOLDS, Collector of Internal Revenue.

No. 13062.

Circuit Court of Appeals, Eighth Circuit.

March 13, 1945.

G. A. Youngquist, of Minneapolis, Minn., for appellant.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key, Sp. Asst. to Atty. Gen., for appellee.

PER CURIAM.

Appeal from District Court, 57 F.Supp. 565, docketed and dismissed without costs to either party in this Court, on stipulation of parties.